appellant. *Mr. Claude T. Reno,* Attorney General of Pennsylvania, for appellee.

No. —, original. Ex parte Stephen Rogalski; and
No. —, original. Ex parte Kenneth Gerard. January 5, 1942. The motion for leave to file petitions for writs of habeas corpus are denied.

No. 108. Identification Devices, Inc. *v.* United States. January 5, 1942. The motion for leave to file an amended petition for writ of certiorari is denied.

No. 37. Cuno Engineering Corp. *v.* Automatic Devices Corp. January 5, 1942. It is ordered that the mandate of this Court in the above-entitled cause on file in the District Court of the United States for the District of Connecticut be, and the same is hereby, recalled; and that said mandate be amended so as to give petitioner recovery for additional costs in the sum of $70.60, being the expense incurred in furnishing copies of certain patents for inclusion in the record.

No. 181. Magnolia Petroleum Co. et al. *v.* Hull et al. See *ante,* p. 575.

No. 1023, October Term, 1940. Pickett, General Chairman of the Brotherhood of Railway & Steamship Clerks, *v.* Union Terminal Co. See *post,* p. 704.